IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ISRAEL ORTIZ | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 23-4578 |
| | : | |
| CITY OF PHILADELPHIA, PHILADELPHIA DEPARTMENT OF PRISONS, CURAN-FROMHOLD CORRECTIONAL FACILITY, COMMISSIONER OF PHILADELPHIA DEPARTMENT OF PRISONS BLANCHE CARNEY, WARDEN NANCY GIANETTA, WARDEN ROBERT ROSE, OFFICER MICHELLE CALDWELL, OFFICER DIONTE PETERS, SERGEANT ANTHONY BLACK, SERGEANT JAY LECA, JOHN AND JANE DOES #1-10 | : | |

# ORDER

**AND NOW**, this 4th day of September 2025, upon considering defendants Correctional Officer Michelle Caldwell, Sergeant Anthony Black, and Sergeant Jay Leca's motion for summary judgment (DI 41), plaintiff's opposition (DI 42), and defendants' reply (DI 43), it is **ORDERED** that defendants' motion for summary judgment (DI 41) is **GRANTED** for the reasons explained in the concurrently filed memorandum. Officer Dionte Peters and Jane and John Does #1-10 are **DISMISSED** from the case for lack of service. The Clerk of Court shall **close** this case.

MURPHY, J.